JS-6   O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SACV 13-0303-DOC (MLGx)                    Date:  February 5, 2014

Title: FRANK WILLIAMS V. WELLS FARGO BANK, N.A. ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Before the Court is Wells Fargo Bank, N.A.'s ("Defendant") Motion to Dismiss Frank Williams's ("Plaintiff") First Amended Complaint ("FAC").  The Court has already dismissed Plaintiff's claims under California Civil Code § 2923.5 ("Section 2923.5") and California Business and Professions Code § 17200 ("UCL"), which were asserted in the original complaint.  Since Plaintiff re-alleges the same claims in the FAC, the Court GRANTS Defendant's Motion.

## I. BACKGROUND

Both parties and the Court are familiar with the facts of this case in view of the prior order granting Defendant's dismissal motion ("Order"), so the Court will not restate them in depth.  *See* Ct.'s Min. Order 1–2, May 13, 2013 (Dkt. 12).

In that Order, the Court held that the Home Owners' Loan Act ("HOLA"), 12 U.S.C. §§ 1461–1470, preempted Plaintiff's Section 2923.5 claim.  *See* Ct.'s Min Order

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 13-0303-DOC (MLGx)                    Date: February 5, 2014
                                                                             Page 2

3–5, May 13, 2013.  Since Plaintiff's UCL claim was predicated solely on his Section 2923.5 claim, the Court dismissed it as well.  *See* Ct.'s Min. Order 5.

Plaintiff filed the FAC on June 17, 2013.  *See generally* First Am. Compl. (Dkt. 14).  Plaintiff essentially rehashes the arguments from the original complaint, alleging that Defendant's conduct violated Sections 2923.5 and the UCL.  *See id.* ¶¶ 36–60.

On December 23, 2013, Defendant filed the present Motion to Dismiss (Dkt. 32).

## II. DISCUSSION

In the previous Order, the Court noted that because the question presented was one of federal preemption and not of interpreting state law, "the overwhelming trend within the Ninth Circuit is that 'a claim under [Section 2923.5] is preempted by HOLA' . . . ." Ct's Min. Order 5, May 13, 2013.  Strangely, Defendant now requests that the Court grant yet another Motion to Dismiss, but does not reassert its original HOLA preemption argument.  *See generally* Def.'s Mot. to Dismiss.  Plaintiff, on the other hand, recycles his HOLA argument in his Opposition even though Defendant did not assert the claim in its Motion to Dismiss.  Pl.'s Opp'n to Def.'s Mot. to Dismiss at 5–8.  Since the Court has already dismissed Plaintiff's Section 2923.5 claim on preemption grounds, Defendant's omission is inessential.  There has been no change in the law regarding the relationship between Section 2923.5 and HOLA, and Plaintiff pleads no new facts.  Therefore, the Court once again dismisses Plaintiff's Section 2923.5 claim for the same reasons set out in its May 13, 2013 dismissal order.

With regards to Plaintiff's UCL claim, the Court previously held:

[b]ecause Plaintiff's only Section 17200 claim is based on "predicate unlawful business acts and/or practices" concerning his Section 2923.5 claims, this claim too must be dismissed.  California courts have repeatedly held that claims rooted in Section 17200 must plead or allege that a business practice independently forbidden by law has occurred.  *Korea Supply Co. v. Lockheed Martin Corp.*, 29 Cal. 4th 1134, 1143 (2003).  Similarly, defendants cannot be found liable for committing "unlawful business practices" under Section 17200 without having violated another law.  *Ingels v. Westwood One Broadcasting Services, Inc.*, 129 Cal. App. 4th 1050, 1060 (2005).

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 13-0303-DOC (MLGx)                          Date: February 5, 2014
                                                        Page 3

Ct's Min. Order 5, May 13, 2013.  The Court has already held that HOLA preempts
Section 2923.5; thus Plaintiff's "unlawful" prong UCL claim fails to identify an
"unlawful business practice." Accordingly, the Court—again—dismisses this claim.

## II. DISPOSITION

        For the reasons stated above, the Court GRANTS Defendant's Motion to Dismiss
Plaintiff's UCL and Section 2923.5 claims.  The last time this Court dismissed Plaintiff's
claims, it did so without prejudice.  However, Plaintiff appears to have taken this Court's
leave to amend as an invitation to copy-and-paste the same allegations and try again.  The
Court is now satisfied that any future amendment will be futile and, therefore,
DISMISSES both of Plaintiff's claims WITH PREJUDICE.

        The Clerk shall serve this minute order on the parties.


MINUTES FORM 11
CIVIL-GEN                                    Initials of Deputy Clerk: jcb